United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN JAVIER MEJIA CERVANTES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00891 |
| | § | |
| LT. ELLIS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Juan Javier Mejia Cervantes is in custody of the Texas Department of Criminal Justice at the Polunsky Unit. Doc. No. 1. He filed this case under 42 U.S.C. § 1983, alleging violations of his civil rights in connection with a use of force and lack of medical care. *Id.* On February 9, 2026, the Clerk issued a Notice of Deficient Pleading requiring plaintiff to either pay the filing fee or move for leave to proceed *in forma pauperis* and submit a copy of his trust fund account statement within thirty days. Doc. No. 4. The notice warned him that his failure to comply on time could result in the dismissal of this case for want of prosecution. *Id.* (citing Fed. R. Civ. P. 41(b)). To date, the plaintiff has not complied with the court's notice by paying the fee or submitting a motion for leave to proceed *in forma pauperis* along with his inmate trust fund account statement as required.

The plaintiff's failure to pursue this action leads the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a district court

1 / 2

to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (stating that "[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

The plaintiff is advised, however, that relief from this order may be granted upon a proper showing in accordance with Rule 60(b) of the Federal Rules of Civil Procedure within thirty days of the date of this Order. A proper showing includes, at minimum, full compliance with the Court's previous instructions and orders, regarding either paying the filing fee or moving for leave to proceed *in forma pauperis* with a copy of his trust fund account statement.

Accordingly, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice for want of prosecution.

2. All pending motions, if any, are **DENIED as MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____10th_____ day of April 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2